IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jazmine B. Diaz, | C/A 3:18-00327-JMC |
| Plaintiff, | |
| | **ORDER OF DISMISSAL** |
| vs. | |
| AT&T Services Inc., DirecTV LLC, | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above action has been settled as to defendant AT&T Services Inc., DirecTV LLC,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within thirty (30) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within thirty (30) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within thirty (30) days from the filing date of this order.

IT IS SO ORDERED.

*J. Michelle Childs*

J. MICHELLE CHILDS
United States District Judge

April 9, 2018
Columbia, South Carolina